**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

VANN BRAGG,
ADC #152805                                                                                                    PLAINTIFF

v.                                           2:16CV00022-JLH-JTK

J. R. SMITH, et al.                                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 18th day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE